



# MEMORANDUM OPINION

No. 04-12-00373-CV

**IN RE** Ethel **BURNES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  June 27, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On June 19, 2012, Relator Ethel Burnes filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 11-09-20803-CV, styled *In the Interest of D.J.L., Jr. and A.J.R.*, pending in the 38th Judicial District Court, Medina County, Texas, the Honorable Camile G. Dubose presiding.